UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

REMOVE FROM THE CIRCUIT COURT
IN THE 11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO. 11-35344 CA 10

CASE NO.

CHAMBER INDUSTRY AND
COMMERCE OF MERCOSUR USA
INC., a Florida corporation,

  Plaintiff,
vs.

BARBARA HERNANDEZ,
individually,

  Defendant.
_____/
BARBARA HERNANDEZ and
ERNESTO MARTINEZ,

Counter-Plaintiffs/Third Party Plaintiffs,

vs.

CHAMBER INDUSTRY AND
COMMERCE OF MERCOSUR USA
INC.,

Counter-Defendant,

and

CAMARA DE COMERCIO DO
MERCOSUL E. AMERICAS, d/b/a
Mercosur, FELIX MOSTELAC, ALEXIS
GONZALEZ, and MIGUEL LUJAN
PALETTA,

Third-Party Defendants.

## NOTICE OF REMOVAL

Plaintiff, CHAMBER INDUSTRY AND COMMERCE OF MERCOSUR USA INC., by and through its undersigned attorney, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Petition for Removal of this action from the Circuit Court in the 11th Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  The removal of this action is based on the following:

1.	On October 26, 2011, Plaintiff, CHAMBER INDUSTRY AND COMMERCE OF USA INC., filed an action in the Circuit Court in the 11th Judicial Circuit in and for Miami-Dade County, Florida, entitled *Chamber Industry and Commerce of Mercosur USA Inc. v. Barbara Hernandez, Case No. 11-35344 CA 10.*

2.	This action is brought to enforce breach of contract, breach of fiduciary duty and duty of loyalty and tortuous interference with contractual relations..

3.	On January 25, 2012, Defendant, BARBARA HERNANDEZ served Plaintiff CHAMBER INDUSTRY AND COMMERCE OF MERCOSUR USA INC., with a Counterclaim alleging violations of the Fair labor Standards Act 29 U.S.C. § 206.

4.	A copy of all process and pleadings served upon BARBARA HERNANDEZ, along with the entire State Court file as well as the Counterclaim by BARBARA HERNANDEZ is attached hereto and marked Exhibit A.

5.	Plaintiff, CHAMBER INDUSTRY AND COMMERCE OF MERCOSUR USA INC., is a Florida corporation, as evidenced by the printout from the Florida Division of Corporations. This case is removable because it involves a Federal question under the Fair Labor Standards Act 29 U.S.C. 201-216. 29 U.S.C. § 1441(b).

6.      Venue is proper in the Southern District of Florida in that the Circuit Court action is pending within the jurisdictional confines of this district.

7.      Plaintiff submits this Notice without waiving any defenses to the claims asserted by Defendant or conceding Defendant has pled claims upon which relief may be granted.

8.      Pursuant to 28 U.S.C. § 1446(a), Plaintiff has filed a Notice of Removal in the Circuit Court of the 11th Circuit in and for Miami-Dade County, Florida, and has provided a copy of the written Notice of Removal to Defendant in this action.

WHEREFORE, Plaintiff requests that further proceedings in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, in Case No. 11-35344 CA 10 be discontinued, and that this action be removed to the United States District Court for the Southern District of Florida, Miami Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Petition was furnished via transmission of Electronic Filing generated by CM/ECF, to R. Martin Saenz, Esq. of The Saenz Law Firm, P.A., 20900 N.E. 30th Avenue, 8th Floor, Aventura, Florida 33180, on this 31st day of January, 2012.

THE LAW OFFICES OF
EDDY O. MARBAN
1600 Ponce De Leon Boulevard
Suite 902
Coral Gables, Florida 33134
Telephone (305) 448-9292
Facsimile (305) 448-9477
E-mail: marbanlaw@gmail.com

By: *s/Edilberto O. Marban*
    EDDY O. MARBAN, ESQ.
    Fl. Bar No. 435960